**El Shaddai MASADA, Plaintiff–
Appellant,**

v.

**Ricky HARRISON, Warden of Kershaw Correctional Institution; Mitch Lucas, Mayor of Town of Kershaw, Defendants–Appellees.**

No. 02–7013.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 26, 2002.

El Shaddai Masada, Appellant Pro Se. Terry B. Millar, Terry B. Millar, L.L.C., Rock Hill, South Carolina, for Appellees.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

El Shaddai Masada appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2002) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Masada v. Harrison*, No. CA-00-2887-7-25BG (D.S.C. June 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*